# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No: |
| | ) |
| **MICHAEL WALTER GREENHAW** | ) |

## INFORMATION

The United States Attorney charges that:

At all times relevant to this Information:

### Introductory Allegations

1. The United States Food and Drug Administration (FDA) was the federal agency charged with the responsibility of protecting the health and safety of the American public by enforcing the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §§ 301 *et seq.*, and the Federal Anti-Tampering Act, 18 U.S.C. § 1365. The FDA's responsibilities included ensuring that drugs distributed for administration to humans were safe, effective, and bore labeling containing only true and accurate information.

2. Fentanyl citrate was a potent synthetic opioid used as the active pharmaceutical ingredient in several FDA-approved prescription drugs indicated for pain relief and the induction of anesthesia or sedation. Fentanyl citrate was

also a Schedule II controlled substance.

### The Defendant

3. From in or about April 2018 through in or about August 2018, the defendant, **MICHAEL WALTER GREENHAW**, was a licensed emergency medical technician ("EMT") and a licensed paramedic, who was employed as supervisory EMT/paramedic at First Response Ambulance Service ("First Response") located in Decatur, Alabama. First Response provided emergency medical transportation services via ambulance.

### COUNT ONE
### 18 U.S.C. § 1365(a)(4)
### (Tampering with a Consumer Product)

4. The factual allegations of Paragraphs 1 through 3 of this Information are hereby re-alleged and incorporated as if fully set forth herein.

5. Beginning in at least April 2018 through on or about August 23, 2018, in the Northern District of Alabama and elsewhere, the defendant,

**MICHAEL WALTER GREENHAW**,

with reckless disregard for the risk that another person would be placed in danger of death and bodily injury, and under circumstances manifesting extreme indifference to such risk, did tamper with consumer products that affected interstate commerce, namely approximately 129 vials of fentanyl citrate, in that defendant, **MICHAEL WALTER GREENHAW**, accessed the locked narcotics

safe inside a locked narcotics room, removed fentanyl citrate from vials using a syringe, replaced the removed fentanyl citrate with saline to avoid detection, re-glued the caps back onto the vials, and placed the vials back into the narcotics safe, knowing that the fentanyl citrate vials were intended to be administered via injection to critically ill or injured patients being transported by ambulance for emergency treatment.

All in violation of Title 18, United States Code, Sections 1365(a)(4).

                                  JAY E. TOWN
                                  UNITED STATES ATTORNEY

*/s/ electronic signature*
MARY STUART BURRELL
Assistant United States Attorney